**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 8:06MJ146 |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| **ARMANDO GUZMAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Pursuant to Motion of the United States (Filing No. 11), pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the Criminal Complaint against Armando Guzman.

**IT IS ORDERED** that the Motion to Dismiss the Criminal Complaint (Filing No. 11) is granted.

Dated this 14th day of December, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge